NO









NO. 12-10-00376-CR

NO. 12-10-00377-CR

NO. 12-10-00378-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

SCOTTY LYNN REESE,

APPELLANT                                                     '     APPEALS
FROM THE 114TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
pleaded guilty to theft of less than $1,500 enhanced by two prior convictions,
evading arrest or detention with a vehicle, and aggravated assault on a public
servant.  We have received the trial court's certifications stating that these
are plea bargain cases and Appellant has no right to appeal.  See Tex. R. App. P. 25.2(d).  The
certifications are signed by Appellant and his trial counsel.  Accordingly, the
appeals are dismissed for want of jurisdiction.

Opinion delivered November 10, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

(DO NOT PUBLISH)